UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE FARMER, | ) | Case No. CV 16-589 DMG(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MARTIN D. BITER, | ) | |
| Respondent._ | ) | |

Pursuant to this Court's Order Denying Petition for Writ of Habeas Corpus and Dismissing Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is denied and this action is dismissed without prejudice.

DATED:  February 3, 2016

_Dolly M. Gee_____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE